ST. JOSEPH MEDICAL CENTER and
Catholic Health Initiatives,
Appellants,

v.

The MEDICAL PROFESSIONAL
LIABILITY CATASTROPHE
LOSS FUND, Appellee.

Supreme Court of Pennsylvania.

June 20, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2005, the Order of the Commonwealth Court is hereby AFFIRMED.